IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**KELLIE NEWTON,**                                05-CV-953-ST

         **Plaintiff,**                    **ORDER**

v.

**JO ANNE B. BARNHART,**
**Commissioner, Social Security**
**Administration,**

         **Defendant.**


**MERRILL SCHNEIDER**
Schneider Law Offices
14415 SE Stark
P.O. Box 16310
Portland, OR  97292
(503) 255-9092

        Attorneys for Plaintiff


1 - ORDER

**KARIN J. IMMERGUT**
United States Attorney
**NEIL J. EVANS**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR  97204-2902
(503) 727-1117

**MICHAEL McGAUGHRAN**
Office of the General Counsel
**DAPHNE BANAY**
Special Assistant United States Attorney
Social Security Administration
701 5th Avenue, Suite 2900 M/S 901
Seattle, WA  98104-7075
(206) 615-2113

　　　　Attorneys for Defendant

**BROWN, Judge.**

　　Magistrate Judge Janice M. Stewart issued Findings and Recommendation (#15) on June 6, 2006, in which she recommended this Court affirm the Commissioner's decision.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

　　Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*.  *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983).  Having reviewed the legal principles *de novo*, the Court does not find any error.

2  -  ORDER

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Stewart's Findings and Recommendation (#15). Accordingly, the Court **AFFIRMS** the Commissioner's decision and **DISMISSES** this matter.

IT IS SO ORDERED.

DATED this 17th day of July, 2006.


/s/ Anna J. Brown
_____
ANNA J. BROWN
United States District Judge

3  -  ORDER